DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| 235P12 | Philip Samuel Beeson v. Frank Palombo, Sandra Catherine McKenzie, and The City of New Bern | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1324) | Denied |
|---|---|---|---|
| 237P12 | State v. Kenneth Wayne Vaughn | 1. State's Motion for Temporary Stay (COA11-751) | 1. Allowed 06/04/12; Special Order 10/04/12 |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Special Order |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Special Order |
| 241P12 | State v. Ransom Martin Jones | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1330) | Denied |
| 255P12 | State v. Allard Bayles Brigman | 1. Def's *Pro Se* PWC to Review Decision of COA (COA11-1174) | 1. - - - |
| | | 2. Def's *Pro Se* Motion to Withdraw PWC | 2. Allowed |
| 258P12 | Catherine Marks v. R. Harrison Marks | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1183) | Denied |
| 268A12 | State of North Carolina *Ex. Rel.* Utilities Commission; Duke Energy Carolinas, LLC, Utilities Commission, Intervenor v. Attorney General Roy Cooper, Intervenor and the City of Durham, North Carolina, Intervenor | 1. Motion of Julie Nepreu to Appear *Pro Hac Vice* | 1. Allowed 08/23/12 |
| | | 2. AARP's Motion to Leave to File *Amicus* Brief | 2. Allowed 08/23/12 |